_____

No. 95-3229
_____

Wendell R. Ayers,                       *
                                        *
          Appellant,              *
                                        *
     v.                           *
                                        *
A.L. Lockhart, Director, Arkansas       *
Department of Correction,         *
                                        *
          Defendant,              *
                                        *
PHP Healthcare; Dunne, Dr.,             *
Medical Director,                       * Appeal from the United States
                                 * District Court for the
          Appellees,       * Eastern District of Arkansas.
                                        *
Dale Reed, Varner Unit; Stacy     *       [UNPUBLISHED]
Patton, Varner Unit; Bill Terry,  *
Cummins Unit; Banks, Cummins Unit, *
                                        *
          Defendants,             *
                                        *
Liong, Doctor - PHP Healthcare,   *
                                        *
          Appellee,               *
                                        *
Arkansas Department of Correction; *
Arkansas, State of; Willis H.     *
Sargent, Cummins Unit,            *
                                        *
          Defendants.             *


_____

Submitted: October 7, 1996

Filed: October 15, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Wendell Ayers appeals the district court's[1] dismissal, after an evidentiary hearing, of his claim that defendants were deliberately indifferent to his medical needs in violation of his civil rights. After careful review of the record and the parties' briefs, we conclude that the dismissal was correct. See 8th Cir. R. 47B.

Ayers's motions on appeal are denied.

A true copy.

    Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.